

# United States District Court
# Eastern District of California

| Alana Gutierrez, | Case Number: 2:24-CV-02434-DC-CSK |
|---|---|
| Plaintiff(s) | |

V.

| Kendal Nutricare USA LLC | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Majdi Y. Hijazin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Alana Gutierrez

On 05/05/2005 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

✓ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

See Attachment A

Date: 01/28/2025         Signature of Applicant: /s/ Majdi Y. Hijazin

**Pro Hac Vice Attorney**

Applicant's Name: Majdi Y. Hijazin
Law Firm Name: Capstone Law APC
Address: c/o 1875 Century Park East, Suite 1000

City: Los Angeles   State: CA   Zip: 90067
Phone Number w/Area Code: (310) 712-8015
City and State of Residence: Chicago, Illinois
Primary E-mail Address: Majdi.Hijazin@capstonelawyers.com
Secondary E-mail Address: Jessica.Martinez@capstonelawyers.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cody R. Padgett
Law Firm Name: Capstone Law APC
Address: 1875 Century Park East, Suite 1000

City: Los Angeles   State: CA   Zip: 90067
Phone Number w/Area Code: (310) 712-8029   Bar #: 275553

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 29, 2025

Dena Coggins
United States District Judge