

United States District Court
Eastern District of California

| Alana Gutierrez, | Case Number: 2:24-CV-02434-DC-CSK |
|---|---|
| Plaintiff(s) | |
| V. | |
| Kendal Nutricare USA LLC | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Abigail J. Gertner hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Alana Gutierrez

On 10/23/2003 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

*Gutierrez, et al. v. Abbott Laboratories*, Case No. 2:24-cv-02427-TLN-SCR, pending; *Masters, et al. v. Hyundai Motor America*, et al., Case No. 2:25-cv-00103-DC-AC, pending; *Nelson, et al. v. Ford Motor Company*, Case No. 2:24-cv-02231-DAD-CKD, pending

Date: 2/12/2025            Signature of Applicant: /s/ Abigail J. Gertner

**Pro Hac Vice Attorney**

Applicant's Name: Abigail J. Gertner

Law Firm Name: Capstone Law APC

Address: c/o 1875 Century Park East, Suite 1000

City: Los Angeles  State: CA  Zip: 90067

Phone Number w/Area Code: (310) 556-6824

City and State of Residence: Wallingford, PA

Primary E-mail Address: Abigail.Gertner@capstonelawyers.com

Secondary E-mail Address: Jessica.Martinez@capstonelawyers.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cody R. Padgett

Law Firm Name: Capstone Law APC

Address: 1875 Century Park East, Suite 1000

City: Los Angeles  State: CA  Zip: 90067

Phone Number w/Area Code: (310) 712-8029  Bar #: 275553

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 13, 2025

Dena Coggins
United States District Judge